IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JOHN FOSS,<br><br>    Plaintiff,<br><br>    v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | Case No. 1:21-CV-00029-DBH |

## NOTICE OF SETTLEMENT

NOW COME the parties Plaintiff John Foss and Defendant Lincoln Life Assurance Company of Boston, by and through counsel, and hereby notify the Court that a settlement has been reached as to all claims pending in this action and the parties intend to file a stipulation of dismissal within thirty (30) days of this Notice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 28, 2021

Respectfully submitted,

By:  /s/ Andrew S. Davis
Andrew S. Davis, Bar No. 005733
LAMBERT COFFIN
One Canal Plaza, Suite 400
Portland, ME 04101
Telephone: 207-370-3010
adavis@lambertcoffin.com

*Attorney for Plaintiff*

By: /s/  Kyle N. Kirby
Byrne J. Decker, Bar No. 8312
Kyle N. Kirby, Bar No. 4774
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
Two Monument Square, Suite 703
Portland, ME 04101
Telephone:  207-387-2957
b.decker@ogletree.com
kyle.kirby@ogletree.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of May, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

By: /s/  Kyle N. Kirby
Kyle N. Kirby